FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 14 2022

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| JEFFREY DEROY LEWIS, | NO. 4:21-CR-008-SDG-WEJ-1 |
| Defendant. | |

## NON-FINAL REPORT AND RECOMMENDATION

The undersigned committed defendant, Jeffrey Deroy Lewis, to the custody of the Attorney General for two mental competency examinations.  (See Orders of July 30, 2021 [79] and Dec. 15, 2021 [95].)  The BOP's forensic examiner's latest report (dated May 9, 2022 [117] and filed under seal) reflects that the defendant is competent to stand trial.  Defendant has agreed with that assessment by filing a Motion to Waive Mental Competency Hearing [133].  The undersigned thus **REPORTS** that defendant is competent to stand trial and **RECOMMENDS** that said Motion [133] be **GRANTED**.

**SO RECOMMENDED**, this 14th day of June, 2022.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE