IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

JEFFREY DEROY LEWIS

Criminal Action No.
4:21-CR-00008-SDG-1

## ORDER

This matter is before the Court for consideration of the Non-Final Report and Recommendation entered by United States Magistrate Judge Walter E. Johnson [ECF 135], which recommends that Defendant's Motion to Waive Mental Competency Hearing [ECF 133] be GRANTED. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Non-Final Report and Recommendation [ECF 135] as the order of this Court.

SO ORDERED this 19th day of July, 2022.

Steven D. Grimberg
United States District Court Judge